UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO.: C-15-615 |
| | § | |
| JOSE GUADALUPE GUZMAN | § | |

ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion For Release of Material Witnesses, finds that the witness in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. It is therefore,

ORDERED that Marcelo Bolvito-Cojon, Erza Canahui-Ramirez and Julio Canahui-Xitumul, be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement. It is further,

ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED this _27_ day of Aug, 2015.

_____
UNITED STATES MAGISTRATE JUDGE